## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Mall,**
      **Plaintiff,**

      **V.**

**United States of America,**
      **Defendant,**

**CIVIL ACTION**

**NO. 19-40118-TSH**

### ORDER OF DISMISSAL

<u>**Hillman, D. J.**</u>

In accordance with the Court's Order dated 12/18/19, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

      By the Court,

<u>  12/18/19  </u>      <u>/s/ Martin Castles  </u>
Date      **Deputy Clerk**